In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-496 CR


____________________



RUSSELL EARL GLUYAS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 06-05-04470-CR 






MEMORANDUM OPINION


 A jury found Russell Earl Gluyas guilty of aggravated sexual assault of a child. See
Tex. Pen. Code Ann. § 22.021(a)(1)(B), (2)(B) (Vernon Supp. 2007). The trial court
sentenced Gluyas to thirty years of confinement in the Texas Department of Criminal
Justice, Correctional Institutions Division. 

 On appeal, Gluyas's counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California,
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978). On February 21, 2008, we granted an extension of time for the
appellant to file a pro se brief. We received no response from appellant. 

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex.
Crim. App. 2005); cf. Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). 
We affirm the trial court's judgment. (1)

 AFFIRMED.

 __________________________________

 CHARLES KREGER

 Justice


Submitted on May 28, 2008 

Opinion Delivered June 11, 2008

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.